

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00698-CR

Kaleb Robert **FAJARDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11118
Honorable Laura Lee Parker, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 27, 2019.

_____
Patricia O. Alvarez, Justice